## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LAMPERT, JAMES CARSON, and all others similarly situated ) ) ) Plaintiffs, ) ) v. ) ) ) INVISION HUMAN SERVICES, ) ) Defendant. ) | Case No. 2:21-cv-00810-CB |

### ORDER APPROVING INDIVIDUAL FLSA SETTLEMENT

AND NOW, this 22nd day of November, 2021, upon consideration of, and for the reasons set forth in Defendant's Unopposed Motion To Approve FLSA Settlement, and the Court, having determined that the action presents a bona fide dispute over FLSA provisions, that the Settlement is fair, reasonable, and adequate and in the best interests of Plaintiffs;

IT IS HEREBY ORDERED that the FLSA Settlement Agreement, and all terms and conditions contained therein, be and hereby is APPROVED;

IT IS HEREBY FURTHER ORDERED that all claims and counterclaims asserted in this matter are dismissed with prejudice;

IT IS HEREBY FURTHER ORDERED that Defendant shall make all payments required by and as set forth in the Settlement Agreement.

IT IS SO ORDERED.

s/Cathy Bissoon
Cathy Bissoon
United States District Judge